**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TENIAH TERCERO, as an individual and on behalf of all other similarly situated Class Members,<br><br>        Plaintiff,<br><br>        v.<br><br>SACRAMENTO LOGISTICS LLC, a Delaware Limited Liability Company; C&S LOGISTICS OF SACRAMENTO/TRACY LLC, a Delaware Limited Liability Company; C&S WHOLESALE GROCERS, LLC, a Delaware Limited Liability Company; and DOES 1-100, inclusive,<br><br>        Defendants. | CASE NO. 2:24-cv-00953-MCE-JDP<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PENDING CONSOLIDATION OF ACTIONS** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**ORDER**

Having reviewed and considered the Parties' Stipulation to Extend Time to Respond to Complaint Pending Consolidation of Actions (the "Stipulation"), and good cause appearing the relief requested therein, the Stipulation shall be and hereby is GRANTED as follows, using the same defined terms as defined and used in the Stipulation:

1. Defendants' time within which to answer or otherwise serve and file any motions or other pleadings responsive to Plaintiff's Complaint shall be extended by 30 days, to and including May 31, 2024; and

2. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges in this action, including, without limitation, as to Plaintiff's Complaint and/or the claims asserted therein and the Court's personal jurisdiction over the Specially Appearing Defendants.

IT IS SO ORDERED.

Dated: April 29, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE