**BAKER & HOSTETLER LLP**
Matthew C. Kane, SBN 171829
Amy E. Beverlin, SBN 284745
Kerri H. Sakaue, SBN 301043
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4508
Telephone:  310.820.8800
Facsimile:  310.820.8859
Emails:  mkane@bakerlaw.com
  abeverlin@bakerlaw.com
  ksakaue@bakerlaw.com

**BAKER & HOSTETLER LLP**
Sylvia J. Kim, SBN 258363
Transamerica Pyramid
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:  415.659.2600
Facsimile:  415.659.2601
Email:  sjkim@bakerlaw.com

Attorneys for Defendants SACRAMENTO LOGISTICS LLC and
C&S WHOLESALE GROCERS, LLC and *Specially Appearing* Defendant
C&S LOGISTICS OF SACRAMENTO/TRACY LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TENIAH TERCERO, as an individual and on behalf of all other similarly situated Class Members,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO LOGISTICS LLC, a Delaware Limited Liability Company; C&S LOGISTICS OF SACRAMENTO/TRACY LLC, a Delaware Limited Liability Company; C&S WHOLESALE GROCERS, LLC, a Delaware Limited Liability Company; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00953-DC-JDP<br><br>**NOTICE OF ERRATA RE: EXHIBIT B TO DECLARATION OF AMY E. BEVERLIN IN SUPPORT OF DEFENDANTS SACRAMENTO LOGISTICS LLC'S AND C&S WHOLESALE GROCERS, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO COMPEL ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS AND STAYING ALL PROCEEDINGS PENDING COMPLETION OF ARBITRATION [Dkt. #36-1]**<br><br>**Date:**　　June 13, 2025<br>**Time:**　　1:30 p.m.<br>**Crtrm.:**　　8<br>**Judge:**　　Hon. Dena Coggins |

TO THE HONORABLE DENA M. COGGINS, UNITED STATES DISTRICT JUDGE, AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Defendants C&S Wholesale Grocers, LLC ("CSWG") and Sacramento Logistics LLC ("Sacramento") (collectively, "Defendants") respectfully submit this Notice of Errata regarding Exhibit B to the Declaration of Amy E. Beverlin [Dkt. #36-1] (the "Declaration"), filed on April 9, 2025, in support of Defendants' Opposition to Plaintiff's Motion for Reconsideration of Order Granting Motion to Compel Arbitration of Plaintiff's Individual Claims and Staying All Proceedings Pending Completion of Arbitration (the "Motion"). In preparing for today's hearing on the Motion, Defendants discovered that an apparent technical error occurred during filing that resulted in the annotations made to Exhibit B to the Declaration being removed therefrom. *See* Dkt. #36-1, ¶ 6. To correct this inadvertent error, Defendants are hereby resubmitting Exhibit B, a copy of which is attached hereto.

Dated: June 13, 2025        **BAKER & HOSTETLER LLP**

By: */s/ Amy E. Beverlin*
Matthew C. Kane
Sylvia J. Kim
Amy E. Beverlin
Kerri H. Sakaue

Attorneys for Defendants SACRAMENTO LOGISTICS LLC and C&S WHOLESALE GROCERS, LLC and *Specially Appearing* Defendant C&S LOGISTICS OF SACRAMENTO/TRACY LLC